IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES, *ex rel.*, <br> P-1 CONTRACTING, INC., *et al.*, | : | Case No. 3:12-cv-418 |
| Plaintiffs, | | Magistrate Judge Michael J. Newman <br> (Consent Case) |
| vs. | : | |
| THE QUANDEL GROUP, INC., *et al.*, | | |
| Defendants. | : | |

**ORDER RESCHEDULING THE PRELIMINARY PRE-TRIAL
CONFERENCE FOR 2:30 P.M. TOMORROW, APRIL 19, 2013**

The preliminary pre-trial conference in this case is **RESCHEDULED**.  **The telephone conference will now be held at 2:30 p.m. tomorrow, April 19, 2013, instead of 1:30 p.m.** Counsel for Plaintiffs and Defendants are directed to call 1-877-336-1839, enter access code 2725365 and security code 123456, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

April 18, 2013                                                                                           s/ **Michael J. Newman**
                                                                                                                 United States Magistrate Judge