IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES, *ex rel.*, P-1 CONTRACTING, INC., | : | Case No. 3:12-cv-418 |
| Plaintiffs, | | Magistrate Judge Michael J. Newman (Consent Case) |
| vs. | : | |
| THE QUANDEL GROUP, INC., *et al.*, | | |
| Defendants. | : | |

**ORDER: (1) GRANTING DEFENDANT THE ASPIRE GROUP OF OHIO, LLC'S UNOPPOSED MOTION TO DISMISS CROSSCLAIM (DOC. 32); AND (2) DISMISSING DEFENDANT THE ASPIRE GROUP OF OHIO, LLC' S CROSSCLAIM AGAINST DEFENDANT THE QUANDEL GROUP, INC. WITHOUT PREJUDICE**

Pursuant to the unopposed motion of Defendant The Aspire Group of Ohio, LLC ("Aspire") and Fed. R. Civ. P. 41(a)(2), and for good cause shown, Defendant Aspire's crossclaim against Defendant The Quandel Group, Inc. is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

July 12, 2013                                                                s/ **Michael J. Newman**
                                                                                    United States Magistrate Judge