UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES, *ex rel.*,
P-1 CONTRACTING, INC.,

    Plaintiffs,

vs.

THE QUANDEL GROUP, INC., *et al.*,

    Defendants.

Case No.: 3:12-CV-418

Magistrate Judge Michael J. Newman
(Consent Case)

# ORDER

Now before the Court in this consent case is a motion to dismiss all pending claims filed by Defendants the Quandel Group, Inc. and Western Surety Company.  Doc. 43.  Quandel Group and Western Surety advise the Court that they have reach a settlement agreement with Plaintiff, P-1 Contracting, Inc., whereby these parties have agreed to dismiss their respective claims and counterclaims against each other with prejudice.  *Id.* at PageID 220.  The parties further advise the Court that P-1 wishes to dismiss its claims against the third Defendant, Aspire Group of Ohio, LLC, without prejudice.[1]  The motion has not been opposed.

For good cause shown, and because the motion remains unopposed, Defendants' motion to dismiss is **GRANTED**.  Plaintiff's claims against Defendants Quandel Group and Western Surety, and the respective counterclaims, are **DISMISSED WITH PREJUDICE**.  Plaintiff's claims against Defendant Aspire Group are **DISMISSED WITHOUT PREJUDICE**.  This case is **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED**.

March 3, 2014                                                    s/ **Michael J. Newman**
                                                                               United States Magistrate Judge

---

[1] The parties advise the Court that pursuant to the settlement agreement, P-1 has assigned its claims against Aspire Group to Quandel Group.  *Id.*  The Court does not address the effect of this provision.